IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LAURA J. WILLIAMS**,

Appellant,

v.

**JUANITA REDFERN and
MICHAEL PICKETT,**

Appellee.                                                            Case No. 07-cv-766-DRH

## ORDER

**HERNDON, Chief Judge:**

      Now before the Court is Redfern's motion to disqualify counsel (Doc. 3). This motion was also filed in ***Redfern v. Williams*, 07-0714-DRH (Doc. 7)**. On July 11, 2008, the Court, in ***Redfern v. Williams*,** denied Redfern's motion to disqualify counsel. ***See id.* at Doc. 15.** Thus, the Court **ADOPTS** the July 11, 2008 Order in ***Redfern v. Williams*** as fully set out therein. Accordingly, the Court **DENIES** Redfern's motion to disqualify counsel in the instant matter (Doc. 3).

      **IT IS SO ORDERED.**

      Signed this 17th day of July, 2008.

/s/     David R. Herndon
**Chief Judge
United States District Court**