IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LAURA J. WILLIAMS**,

Appellant,

v.

**JUANITA REDFERN and
MICHAEL PICKETT,**

Appellee.                                              Case No. 07-cv-766-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Williams' motion to dismiss cross-appeal (Doc. 11). Said motion is **GRANTED**. The Court **DISMISSES** Williams' cross-appeal and closes the case.

**IT IS SO ORDERED.**

Signed this 11th day of August, 2008.

/s/   *David R Herndon*
**Chief Judge
United States District Court**